# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

ROBERT E. GORDON                           §
                                           §
v.                                         §        CIVIL ACTION NO. 3:25-CV-1489-S-BK
                                           §
THE BANK OF NEW YORK                       §
MELLON                                     §
                                           §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **GRANTS** Defendant's Motion to Dismiss [ECF No. 6]. By separate judgment, Plaintiff's claims against Defendant will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**SO ORDERED.**

SIGNED March 26, 2026.

_____
UNITED STATES DISTRICT JUDGE